DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEONARD PITTS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-13

[July 7, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott S. Suskauer, Judge; L.T. Case No. 502011CF008152A.

Gregg S. Lerman, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***